No. 95–8870. GREGORY ET AL. *v.* BOTZHEIM ET AL. C. A. 9th Cir. Certiorari denied.

No. 95–8871. HAYNES *v.* FLORIDA. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 95–8873. NEGEWO *v.* ABEBE-JIRI ET AL. C. A. 11th Cir. Certiorari denied.

No. 95–8877. PENMAN *v.* LEAVITT, GOVERNOR OF UTAH, ET AL. C. A. 10th Cir. Certiorari denied.

No. 95–8879. RODRIGUEZ *v.* EDMONDSON, ATTORNEY GENERAL OF OKLAHOMA. C. A. 10th Cir. Certiorari denied.

No. 95–8885. SIEGEL *v.* DOE ET AL. C. A. D. C. Cir. Certiorari denied.

No. 95–8886. WELLONS *v.* GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 95–8887. WILLIAMS *v.* JACKSON STONE CO. ET AL. C. A. 5th Cir. Certiorari denied.

No. 95–8889. WILSON *v.* LANE, WARDEN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 95–8892. FISCHER *v.* DELSANTE ET AL. C. A. 2d Cir. Certiorari denied.

No. 95–8893. OWENS *v.* LOVE, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON. C. A. 3d Cir. Certiorari denied.

No. 95–8895. STRICKLAND *v.* GRIDLEY, JUDGE, CIRCUIT COURT OF FLORIDA, ORANGE COUNTY, ET AL.; and STRICKLAND *v.* UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA. C. A. 11th Cir. Certiorari denied.

No. 95–8897. GAINES *v.* TEXAS. Ct. App. Tex., 6th Dist. Certiorari denied.

No. 95–8898. BLACK *v.* MORALES, ATTORNEY GENERAL OF TEXAS, ET AL. C. A. 5th Cir. Certiorari denied.